UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI T. KINCAID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　Defendant. | Case No.  2:25-cv-1705-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 7, is GRANTED IN PART; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.


Dated:   July 18, 2025                           　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1