UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAI T. KINCAID,

            Plaintiff,

    v.

BAKER,

            Defendant.

Case No.  2:25-cv-1705-JDP (P)

ORDER

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed February 27, 2026, this case was referred to the court's Post-Screening ADR ("Alternative Dispute Resolution") Project and stayed for a period of 120 days. ECF No. 25.  That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Defendant has requested to opt out of the Post-Screening ADR Project and asks that the stay be lifted.  Those requests are granted.  The court will set a schedule for discovery and pretrial motions.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project, ECF No. 26, is GRANTED;

1

2.  The ADR stay of this action, commencing February 27, 2026, ECF No. 25, is LIFTED, and a scheduling order will follow separately.

IT IS SO ORDERED.


Dated:    May 6, 2026                                            _____
                                                                JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE