UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI T. KINCAID,<br><br>  Plaintiff,<br><br>  v.<br><br>BAKER, *et al.*,<br><br>  Defendants. | Case No.  2:25-cv-1705-JDP (P)<br><br><br>ORDER |

The scheduling order in this case currently sets the discovery cut-off as September 7, 2026.  ECF No. 29.  Plaintiff has filed two motions for extension of time, ECF Nos. 32 & 33, seeking to extend the discovery deadline to February 10, 2027, by which time he states he will be released from incarceration.  These motions are denied without prejudice.  At this juncture, I decline to grant such a lengthy extension of time for discovery.  Plaintiff should attempt to complete discovery to the best of his ability.  If, as the deadline approaches, he believes additional time is warranted, he may file another motion explaining what discovery issues remain and how much time is needed to resolve them.

1

It is, therefore, ORDERED that plaintiff's motions for extension of time, ECF Nos. 32 & 33, are DENIED without prejudice.

IT IS SO ORDERED.


Dated:    June 30, 2026          _____
                                 JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE

2