UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI T. KINCAID,<br>Plaintiff,<br>v.<br>BAKER,<br>Defendant. | Case No. 2:25-cv-1705-JDP (P)<br><br>ORDER |

Plaintiff has filed two motions, one for "protective order," ECF No. 37, and one for extension of time to complete discovery, ECF No. 38. Both are denied. Defendant has moved to modify the scheduling order. ECF No. 39. Good cause being shown, that motion is granted.

Plaintiff's motion for protective order appears to request provision of a certified court reporter for his planned deposition of defendant Baker. ECF No. 37 at 1. He is not entitled to a reporter at court expense, however. *See Weathers v. Loumakis*, No. 2:15-cv-00027-JAD-PAL, 2016 U.S. Dist. LEXIS 147463, *4 (Dist. Nev. Oct. 24, 2016) ("The in forma pauperis statute, 28 U.S.C. § 1915, allows him to file his lawsuit without prepaying the filing fee but does not authorize expenditures for discovery and litigation related fees or costs."). Accordingly, this motion is denied.

Plaintiff's motion for extension of time seeks an additional sixty to ninety days to conduct discovery because of his medical issues. ECF No. 38 at 1-2. Discovery in this case is not

scheduled to conclude until September 7, 2026, however. ECF No. 29. Additionally, defendants have moved to modify the scheduling order and extend discovery, thus plaintiff shall have the additional time he seeks. His motion is denied as moot.

It is ORDERED that:

1. Defendant's motion to modify the scheduling order, ECF No. 39, is GRANTED.

2. The new deadline to complete discovery, including the filing of any motion to compel, is November 6, 2026. The new dispositive motion deadline is February 5, 2027.

3. Plaintiff's motion for protective order, ECF No. 37, and motion for extension of time, ECF No. 38, are DENIED.

IT IS SO ORDERED.

Dated: August 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE