UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAI T. KINCAID,

Plaintiff,

v.

BAKER,

Defendant.

Case No. 2:25-cv-1705-JDP (P)

ORDER

Defendant Baker has moved to extend the deadlines to complete discovery and file dispositive motions. ECF No. 41. Good cause being shown, that motion is granted.

It is ORDERED that:

1. Defendant's motion for extension of time, ECF No. 41, is GRANTED.

2. The deadline for the parties to complete discovery is extended to February 4, 2027. The deadline for the parties to file dispositive motions is extended to May 6, 2027.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE